COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

§      No. 08-18-00042-CR

IN RE:  THE STATE OF TEXAS,

§    AN ORIGINAL PROCEEDING

Relator.

§      IN MANDAMUS

§

## MEMORANDUM OPINION

The State of Texas filed a petition for writ of mandamus against the Honorable Luis Aguilar, Judge of the 243rd District Court of El Paso County, Texas, challenging an order requiring the State to produce items related to the State's expert witnesses in the case.  The real party in interest, Luis Solis Gonzalez, filed a motion to dismiss this original proceeding as moot.  Gonzalez notified the Court that Respondent signed an order on May 3, 2018 granting Gonzalez's motion to vacate the discovery order which is the subject of this original proceeding.  Finding that this original proceeding has become moot, we grant Gonzalez's motion and dismiss the case for lack of jurisdiction.  *See In re County of El Paso,* 104 S.W.3d 741, 743 (Tex.App.--El Paso 2003, orig. proceeding).

June 13, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)